JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES C. HAYS, Derivatively on Behalf of JP Morgan Chase & Co., <br><br> Plaintiff, <br><br> v. <br><br> LINDA B. BAMMANN, JAMES A. BELL, CRANDALL C. BOWLES, STEPHEN B. BURKE, JAMES S. CROWN, JAMES DIMON, TIMOTHY P. FLYNN, LABAN P. JACKSON, JR., MICHAEL A. NEAL, LEE R. RAYMOND, WILLIAM C. WELDON, DAVID M. COTE, ELLEN V. FUTTER, ROBERT I. LIPP, DAVID C. NOVAK, LAUREN M. TYLER, MARTHA GALLO, and BLYTHE MASTERS, <br><br> Defendants, | Civil Action No. 2:16-cv-01142-RGK-AS <br><br> Honorable R. Gary Klausner <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL** <br><br> [JOINT STIPULATION FOR VOLUNTARY DISMISSAL FILED CONCURRENTLY HEREWITH] |

|   |   |
|---|---|
| and | ) |
| JPMORGAN CHASE & CO., a Delaware corporation | ) ) ) |
| Nominal Defendant. | ) ) |
| _____ | ) |

This matter is before the Court on the parties' Joint Stipulation for Voluntary Dismissal. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

## ORDER

IT IS HEREBY ORDERED that, upon good cause shown, the above-captioned action is Dismissed with prejudice as to Plaintiff only and otherwise without prejudice, and notice of dismissal need not be given to shareholders.

DATED: March 25, 2016

_/s/ Gary Klausner_____

Judge R. Gary Klausner

-1-